# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH LEO AMAYA,

                  Petitioner,

      v.

DAVID DAVEY, Warden,

                  Respondent.

Case No. CV 17-8566-JAK (JEM)

**J U D G M E N T**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 2/28/19

                          JOHN A. KRONSTADT
                UNITED STATES DISTRICT JUDGE